# Court of Appeals
# of the State of Georgia

ATLANTA,   May 19, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1505.  IN THE INTEREST OF N. S. H., a child (mother).**

The mother of minor child N. S. H. has filed a direct appeal from the juvenile court's order terminating her parental rights.  Pursuant to OCGA § 5-6-35 (a) (12), however, appeals from orders terminating parental rights must be made by filing an application for discretionary review.  See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009).  Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   05/19/2015
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*